UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD EARL PALLASKE, ) | Case No. 06-1735-RSL-JPD |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND ORDER DIRECTING DEFENDANTS TO SHOW CAUSE |
| ISLAND COUNTY, et al., ) | |
| Defendants. ) | |

This matter comes before the Court upon *pro se* plaintiff Richard Earl Pallaske's motion to compel answers to his limited "Request for Information and Documents." Dkt. No. 33, Ex. 2. After being timely served with these requests and receiving a follow-up letter from the plaintiff, see Dkt. No. 33, Exs. 1-4, defendants appear to have done nothing despite the discovery obligations of Federal Rules of Civil Procedure 33(b)(3) and 34(b). In addition, defendants have filed no response to plaintiff's current motion, a failure which the Court may deem as an admission that the motion has merit pursuant to Local Rule CR 7(b)(2). After careful consideration of the motion, the governing law, and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's Motion to Compel (Dkt. No. 33) is GRANTED. Defendants are ORDERED to respond, completely and without objection, to each of plaintiff's requests for

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL AND ORDER DIRECTING
DEFENDANTS TO SHOW CAUSE
PAGE – 1

production of information and documents. Defendants must do so **no later than September 17, 2007**.

(2) Defendants are further ORDERED to SHOW CAUSE why they should not be assessed a sanction of $150.00, payable to the Clerk of Court, for their failure to respond to the plaintiff's reasonable requests after service of such requests and after being reminded of their existence. Defendants must show appropriate cause **no later than September 17, 2007**.

(3) The Clerk of Court is directed to send a copy of this Order to plaintiff, counsel for the defendants, and to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 4th day of September, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL AND ORDER DIRECTING
DEFENDANTS TO SHOW CAUSE
PAGE – 2