UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD EARL PALLASKE,<br><br>    Plaintiff,<br><br>        v.<br><br>ISLAND COUNTY, et al.,<br><br>    Defendants. | Case No. C06-1735RSL-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's amended complaint in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. No. 74) is GRANTED, and Plaintiff's amended complaint (Dkt. No. 8) is DISMISSED with prejudice.

(3) Plaintiff's motion to appoint counsel (Dkt. No. 65), and his July 29, 2008 motion for extension of time to complete discovery (Dkt. No. 69) are DENIED.

(4) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER OF DISMISSAL – 1

Dated this 3rd day of September, 2008.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 2